UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 3:06cr155(JBA) |
| | : | |
| CHRISTOPHER BARNES, a.k.a. | : | |
| "Mark" and "Dred" | : | |

### RESTRAINING ORDER

This matter having come before this Court on the motion of the Government for entry of a restraining order pursuant to 21 U.S.C. § 853(e)(2)(A), which provides courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture; and

IT APPEARING TO THE COURT THAT, an indictment has been returned, charging a felony narcotics violation, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), a Forfeiture Allegation has been asserted in that indictment for which criminal forfeiture may be ordered, and a Bill of Particulars has been filed by the Government alleging that the property located at 688A Main Street, Cromwell, Connecticut, further described in Attachment A to this Order (the "Property"), would, in the event of conviction, be subject to forfeiture under 21 U.S.C. § 853;

NOW, THEREFORE, IT IS HEREBY ORDERED, PURSUANT TO 21 U.S.C. § 853(e)(1), THAT:

1. All owners, and any other persons having interests in, the Property, are forthwith prohibited from:

    a. Conducting any sale, transfer, or conveyance of the Property or its fixtures, in whole or in part;

      b. Causing any lien, mortgage, pledge as collateral, or any other security interest to be placed upon the Property or its fixtures, in whole or in part; and

      c. Failing to conduct all ordinary maintenance, and failing to maintain casualty, fire, and liability insurance, with respect to the Property and its fixtures and inventory.

    2. The U.S. Marshals are forthwith authorized to enter the Property, including any structures, on one or more occasions during the pendency of this criminal prosecution, during daytime hours between 9:00 a.m. and 5:00 p.m., to conduct an inspection, inventory, and appraisal of the condition and value of the Property; the maintenance, upkeep, and utilities; the tenants and circumstances of all leases, if any; and the terms of insurance with respect to the Property. The Marshals may be accompanied by one or more appraisers and one or more government and contract personnel selected by the Marshals, to assist in appraising the condition and value of the Property, which appraisal may include, among other means, still and video photography. The Marshals may also be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by the Marshals to ensure the safety of personnel acting under the authority of this Order. Any interference with anyone acting under the authority of this Order shall be deemed a violation of a Court Order, punishable by contempt.

    3. The Government shall forthwith cause to be served upon all persons known to have an interest in the Property, a copy of this Order and any lis pendens filed with respect to the Property.

      4.      The terms of this Order shall remain in full force and effect until further Order of the Court.

Dated this _____ day of July, 2006, at
New Haven, Connecticut.

 

_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE

# Attachment A

**688A Main Street, Cromwell, Connecticut,
as more particularly described as follows:**

**A certain piece or parcel of land together will all buildings and other improvements thereon located on the easterly side of Main Street in the Town of Cromwell, County of Middlesex and State of Connecticut commencing at an iron pipe on the easterly side of Main Street, which point marks the southwesterly corner or land now or formerly of Valerio Gurciullo and the northwesterly corner of land herein described, thence easterly along land now or formerly of Valerio Gurciullo, N 77° 31' 12" E, 409.50' to an iron pipe, thence along land now or formerly of the Connecticut Light and Power Company, S 01° 01' 38" E, 48.68 to a point, thence westerly along land now or formerly of James T. III and Donna T. Finley, S 56° 40' 16" W, 204.66 to a point, thence again westerly along land now or formerly of James T. III and Donna T. Finley S 75° 57' 42" W, 236.52 to an iron pipe, thence northerly along Main Street, N 00° 06' 27" W, 130.00 to an iron pipe and the place and point of beginning.**

**Said parcel is known as Lot No. 75-1, is 43.813 a.f., and is more particularly described on a map entitled "Property Survey Revision to Lot Line Lot 75 and Lot 75-1 Prepared for James T. III and Donna T. Finley, Main Street Cromwell, Conn.Scale 1"- 20' March 5, 1999 Robert Green Associates L.L.C."**